Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

_____Dayton___ Division

James E Washington

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Community Savers Real Estate, LLC et. al.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.    3:21-cv-268
*(to be filled in by the Clerk's Office)*

Judge Thomas M. Rose
Magistrate Judge Peter B. Silvain Jr.

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James E. Washington |
| Street Address | 639 Liscum Drive |
| City and County | Dayton    Montgomery County |
| State and Zip Code | Ohio    45417 |
| Telephone Number | 937 559-9889 |
| E-mail Address | Jewashington@hotmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Community Savers Real Estate, LLC |
| Job or Title *(if known)* | unknown |
| Street Address | 61 N Dixie Drive Suite B |
| City and County | Vandalia, Montgomery County |
| State and Zip Code | Ohio 45377 |
| Telephone Number | 937-439-2573 |
| E-mail Address *(if known)* | Jlucaslawdayton.com |

Defendant No. 2

| | |
|---|---|
| Name | Latria Robinson |
| Job or Title *(if known)* | Notory Public |
| Street Address | 61 N Dixie Dr Suite B |
| City and County | Vandalia  Montgomery County |
| State and Zip Code | Ohio  45377 |
| Telephone Number | 937 626-0915 |
| E-mail Address *(if known)* | jlucaslawdayton.com |

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1871 Civil Rights Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

     b.    If the defendant is a corporation

          The defendant, *(name)* Community Saver Real Estate, LLC , is incorporated under the laws of the State of *(name)* Ohio , and has its principal place of business in the State of *(name)* Ohio

          Or is incorporated under the laws of *(foreign nation)* ,

          and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$180,000.
$135.00 for property located at 622 Willow Springs Dr Dayton, Ohio 45417
$45,000 " " 2311 Della Dr Dayton Ohio 45417

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
It appears that Defendants, Community Savers Real Estate, LLC preys upon Real Estate Properties in the Black Area of West Dayton wherein an Owner has passed away and with the assistance of Defendant Latria Robinson, who assist in this underhanded way of saving property by Notarising exhibits or deeds to lay claim to real estate property

B.    What date and approximate time did the events giving rise to your claim(s) occur?
622 Willow springs Dr Dayton, Ohio 45417 On or about December 10, 2019
2311 Della Dr Dayton, Ohio 45417 on or about 07/08/2020

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Defendants appear to be preying upon black people in an unscrupoluos manner, contributing to racial wealth gap of 55 to 1 and depriving black people of limited legal knowledge of their birthright to inherit real property.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Plaintiffs prays that the Court would declare this " A CLASS ACTION SUIT ".
Plaintiff has suffered $180,000.00 in actual damages plus rental values of $23,500.00 on 622 Willow springs Dr. and $10,000.00 on 2311 Della Dr. Dr

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Punitive damages should be assesed to Defendants as Plaintiff appears to have located at least two additional instances of fraud in West Daytcn Against Blacks.

Plaintiff will continue his quest for others as time permits.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/24/2021

Signature of Plaintiff *[signed] James E Washington*

Printed Name of Plaintiff  James E. Washington

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address