# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES E. WASHINGTON,

    Plaintiff,                                       :     Case No. 3-21-cv-268

- vs -                                                       District Judge Thomas M. Rose
                                                               Magistrate Judge Michael R. Merz

COMMUNITY SERVICES REAL
 ESTATE, LLC., et al.,
                                                               :

    Defendants.

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 10) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant Community Services Real Estate, LLC's, Motion to Dismiss the Complaint (ECF No. 3) is granted as to Plaintiff's claims under 42 U.S.C. § 1983 and denied as to his claims under 42 U.S.C. § 1985.

April 14, 2022.                                                              *s/Thomas M. Rose*

                                                                                   Thomas M. Rose
                                                                    United States District Judge