IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



JAMES WASHINGTON

        Plaintiff, Pro se         Case No 3-21-cv-268

Vs

        District Judge Thomas M Rose

        Magistrate Judge Micheal R Merz

COMMUNITY SERVICES REAL

REAL ESTATE LLC.. et al         <u>MOTION</u>

Defendants,

---

Now comes Plaintiff Washington who request a settlement on 622 Willow Springs
In accordance with Ex 33 attached as a settlement for 622 Willow Springs Dr.
or $177,925.00 Cash or Judgment

1. Otherwise, Plaintiff Washington begs the Court to declare the Mortgage null and void taken out by Defendants at 622 Willow Spring Dr and the property deeded to Plaintiff asap. See plaintiff ex 39

2. Defendants has abandoned the property at 2311 Della Dr 45417 and allowed house and three car garage to be torn down.
Unpaid Taxes and water bill are estimated to be $21,000 plus the propertie's Fair market Value at the time it was torn down was $67,798.

3. Plaintiff request settlement/judgment of $87,798 on 2311 Della Drive 45417

See attached Plaintiff Exhibits 35 and 37 & 39

_____
James Westyn, Plaintiff

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING MOTION HAS BEEN MAILED ELECTRICALLY OR USPS POSTAGE PREPAID on day of filing
TO Attorney John R Glanker

_____
James Westyn

Mr. James Washington
639 Liscum Dr
Dayton, OH 45417



CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402



45402-147287