# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES E. WASHINGTON,

      Plaintiff,                          :        Case No. 3-21-cv-268

- vs -                                      District Judge Thomas M. Rose
                                             Magistrate Judge Michael R. Merz

COMMUNITY SERVICES REAL
 ESTATE, LLC., et al.,
                                         :

      Defendants.

---

# ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 18) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED.

May 24, 2022.

                                         s/Thomas M. Rose

                             _____

                                       Thomas M. Rose
                                United States District Judge