# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

JAMES E. WASHINGTON,

     Plaintiff,                   :        Case No. 3-21-cv-268

- vs -                                  District Judge Thomas M. Rose
                                        Magistrate Judge Michael R. Merz

COMMUNITY SERVICES REAL
 ESTATE, LLC., et al.,

                                       :

     Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court previously adopted the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 18) to whom this case was referred pursuant to 28 U.S.C. § 636(b). Plaintiff filed an affidavit asserting that he had not been served with the report and recommendation, though it was mailed on May 24, 2022. (ECF 25) The Court mailed another copy, (ECF 26); Plaintiff filed another affidavit denying that he had been served, (ECF 27); the Court mailed another copy of the document on June 14, 2022.

The Court has again reviewed the Report and Recommendation and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED.

July  8, 2022.                              **s/Thomas M. Rose**

                                     Thomas M. Rose
                                United States District Judge